# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY MITCHELL,<br>        Plaintiff,<br>    v.<br>SUN STREET CENTERS,<br>        Defendant. | Case No. 15-cv-03459-NC<br><br>**ORDER REGARDING SETTLEMENT** |

The Court acknowledges the notice of Settlement filed today. By February 10, 2016, plaintiff must either file a notice of dismissal or an explanation as to why the case should not be dismissed for a failure to prosecute. The Court sets a case managemnet conference for February 17, 2016, 10:00 a.m. in Courtroom 7, San Jose.

**IT IS SO ORDERED.**

Dated: December 7, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 15-cv-03459-NC