TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
43 Danbury Road
Wilton, CT 06897
Telephone:  (480) 247-9644
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Cody Mitchell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cody Mitchell,<br><br>            Plaintiff,<br><br>    vs.<br><br>Sun Street Centers,<br><br>            Defendant. | Case No.: 5:15-cv-03459-NC<br><br>**ORDER DISMISSING ACTIONWITH PREJUDICE** |

ORDER DISMISSING ACTION

1  Based on the Stipulation of counsel, this case is dismissed with prejudice, each
2  party to bear its own attorneys' fees and costs.
3
4  Date:   February 11, 2016              _____
5                                          Judge: Hon. J          s

